[No. 63542-5-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. RAYMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02741-1, Michael Heavey, J., entered May 1, 2009. *Remanded* by unpublished per curiam opinion.

[No. 63691-0-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HOAI PHUONG VU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02005-8, Richard D. Eadie, J., entered June 19, 2009. *Reversed* by unpublished per curiam opinion.

[No. 63742-8-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSSUF HUSSEIN ABDULLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12124-7, Barbara A. Mack, J., entered June 15, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 63898-0-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. A.O.G., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-8-00493-5, Steven J. Mura, J., entered July 14, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.